IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rayford Jr, Sanderson
Rayford, Sandra L
Printed: 11/18/08

Case Number: 05 B 17170
Judge: Squires, John H
Filed: 5/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2008
Confirmed: June 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,493.10 |  |
| Secured: |  | 4,653.44 |
| Unsecured: |  | 84.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,380.20 |
| Trustee Fee: |  | 374.66 |
| Other Funds: |  | 0.00 |
| Totals: | 7,493.10 | 7,493.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,380.20 | 2,380.20 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 4,653.44 | 4,653.44 |
| 3. | CitiFinancial Auto Credit Inc | Unsecured | 175.29 | 82.43 |
| 4. | Peoples Energy Corp | Unsecured | 329.54 | 1.75 |
| 5. | Cingular Wireless | Unsecured | 25.67 | 0.00 |
| 6. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 1,783.38 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 82.76 | 0.44 |
| 8. | ECast Settlement Corp | Unsecured | 33.83 | 0.18 |
| 9. | SBC | Unsecured |  | No Claim Filed |
| 10. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 11. | GC Services Corporation | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Wow Internet | Unsecured |  | No Claim Filed |
| 14. | Talk America | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,464.11 | $ 7,118.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 25.43 |
| 5.5% | 114.19 |
| 5% | 36.33 |
| 4.8% | 76.08 |
| 5.4% | 116.97 |
| 6.5% | 20.32 |
| 6.6% | (14.66) |
|  | $ 374.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rayford Jr, Sanderson<br>Rayford, Sandra L<br>Printed: 11/18/08 | Case Number:  05 B 17170<br>Judge:  Squires, John H<br>Filed:  5/2/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                                  Marilyn O. Marshall, Trustee, by:

